UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO., | CASE NO.1:07CV782 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | |
| JEREMIAH BURKS, ET AL., | ORDER |
| Defendant. | |

**CHRISTOPHER A. BOYKO, J:**

On July 19, 2007, this Court was informed by Plaintiff's "Notice of Bankruptcy Stay" (ECF Dkt# 15), that Defendant Jeremiah K. Burks had filed for bankruptcy protection under chapter 7 of the U.S. Bankruptcy Code, Case No. 07-15050. Pursuant to 11 U.S.C. §362, the filing mandates the imposition of an automatic stay of the proceedings before this Court.

Therefore, further proceedings are STAYED and this case is CLOSED, subject to reopening upon written motion by Plaintiff or other parties in interest, which warrants relief from the automatic stay imposed by §362 or by injunction imposed under 11 U.S.C. §524 or which notifies the Court that the bankruptcy case is closed, dismissed or discharged.

IT IS SO ORDERED.

7/19/07
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

FILED
JUL 19 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND