WWR #10002935

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE | CASE NO. 07-782 |
| Plaintiff | JUDGE Christopher A. Boyko |
| vs. | **ORDER GRANTING MOTION TO VACATE STAY OF PROCEEDINGS AND REINSTATE CASE** |
| JEREMIAH BURKS, et al. | |
| Defendants | |

Upon Motion of the Plaintiff to Vacate Stay of Proceedings and Reinstate Case, this case is hereby reinstated upon the Court's Docket.

s/Christopher A. Boyko
_____
JUDGE

APPROVED: Judge Christopher A. Boyko
October 12, 2007

WELTMAN, WEINBERG & REIS CO., L.P.A.

 /s/ Benjamin N. Hoen
_____
Benjamin N. Hoen (0077704)
Attorney for Plaintiff
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113
Phone: (216) 685-1170
Fax: (216) 363-4034
Email: bhoen@weltman.com